JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI TRONG HUYNH,<br>　　　　Petitioner,<br>　　v.<br>FRED FOULK, Warden,<br>　　　　Respondent. | Case No. SA CV 16-00812-RGK (DFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

DATED: January 26, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　R. Gary Klausner
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE